IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

SABINO ANTONIO URRUTIA, :
    Plaintiff :
   :
    vs.       CIVIL NO. 1:CV-10-0147
   :
    (Judge Caldwell)
UNITED STATES OF AMERICA; :
W. REHM, and M.POWANDA,     (Magistrate Judge Mannion)
    Defendants :

*O R D E R*

THE BACKGROUND OF THIS ORDER IS AS FOLLOWS:

    Upon consideration of the Report and Recommendation of Magistrate Judge Mannion, filed April 28, 2010 to which no objection has been filed, it is Ordered that the Report is approved. Pursuant to Judge Mannion's recommendation it is also Ordered that this action is dismissed, pursuant to Fed. R. Civ. P. 41(b).

    The Clerk of Court shall close this file.

                                /s/William W. Caldwell
                                William W. Caldwell
                                United States District Judge

Date: May 21, 2010